UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR624-009 |
| ) | |
| CHAD HENRY ) | |

ORDER ON MOTION FOR LEAVE OF ABSENCE

**E. Jay Abt** having made application to the Court for leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT E. Jay Abt** be granted leave of absence for the following periods: August 25, 2025 through September 1, 2025; September 21, 2025 through September 24, 2025; October 1, 2025 through October 2, 2025; October 20, 2025 through November 1, 2025; November 25, 2025 through November 30, 2025; and December 18, 2025 through January 3, 2026.

**SO ORDERED**, this the 31st day of July, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA